## Pasi Unemployment Compensation Case.

Argued November 11, 1965. *Robert X. Medonis,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Prosser *v.* Carnegie Borough et al., Appellants.

Argued November 9, 1965. *Karl E. Weise,* with him *Hirsch, Weise & Tillman,* for appellants; *Ronald N. Watzman,* with him *Milton I. Watzman,* and *Watzman and Groudine,* for appellee.

Judgment affirmed.

FLOOD, J., absent.